# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DANIEL CLIFFORD ALEXANDER,**

    **Petitioner,**

  **v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**　　　　　　　　　　　**Case No. 07-CV-87-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter came before the Court on petitioner, Daniel Clifford Alexander's, Motion to Vacate, Set Aside or Correct Sentence pursuant to **28 U.S.C. §2255**.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 1, 2010, the petition is **DENIED** and this case is **DISMISSED** with prejudice-------------------------------------------------------------------------------------------

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                                    **BY:**　　　**/s/*Sandy Pannier*_____**
                                                  **Deputy Clerk**

Dated: March 1, 2010


APPROVED:  /s/ *David R Herndon*
                  CHIEF JUDGE
                  U. S. DISTRICT COURT